ASHURST PERKINS COIE

Ashurst Perkins Coie US LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
ashurstperkinscoie.com

August 20, 2026

Jacob J. Taber
jacob.taber@ashurstperkins.com
D. +1.212.261.6907
F. +1.212.399.8085

**VIA ECF**

Hon. Jennifer H. Rearden
United States District Court
For the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Application GRANTED. Defendant shall respond to the Complaint by **October 23, 2026**.

The Clerk of Court is directed to terminate ECF No. 9.

SO ORDERED.
Jennifer H. Rearden
Jennifer H. Rearden, U.S.D.J.
Dated: August 21, 2026

**Re:** ***Alessandro De La Torre et al. v. Taboola, Inc.*, Case No. 1:26-cv-06338-JHR**

Dear Judge Rearden:

This firm represents Taboola, Inc., the defendant in the above-referenced action. I write pursuant to Rule 2.E of Your Honor's Individual Rules and Practices in Civil Cases to request an extension of Taboola's time to answer or otherwise respond to the Complaint filed July 24, 2026 (ECF No. 1) and served on August 4, 2026 (ECF No. 6).

Specifically, Taboola respectfully requests that the deadline be extended 59 days from August 25, 2026, to October 23, 2026. The extension is necessitated by the need to investigate the numerous factual allegations presented in the 211-paragraph Complaint. This is Taboola's first request for an extension. Plaintiffs Alessandro De La Torre and John Baker, through their counsel, Michael Ovca, consent to the requested extension. There are no appearances scheduled in this matter, and no scheduled deadlines aside from the answer deadline that is the subject of this letter motion.

Respectfully submitted,

*/s/ Jacob J. Taber*

Jacob J. Taber

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions.